## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**VICKI ANTON**

**CIVIL ACTION**

**VERSUS**

**NO.   09-832-RET-CN**

**SAFECO INSURANCE COMPANY
OF AMERICA**

# ORDER

Considering that counsel has informed the Court that they are in settlement negotiations;

**IT IS ORDERED** that the scheduling conference set for February 11, 2010, is hereby

**CANCELLED AND RESET** to **THURSDAY, MARCH 4, 2010, AT 9:00 A.M.**

**IT IS FURTHER ORDERED** that the joint status report shall be filed no later than five

(5) days prior to the conference.

Signed in chambers in Baton Rouge, Louisiana, January 26, 2010.

**MAGISTRATE JUDGE CHRISTINE NOLAND**